DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANCES L. RINI,**
Appellant,

v.

**PETER M. RINI,**
Appellee.

No. 4D18-407

[August 9, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. 01-023629 (37).

Terrence P. O'Connor of Morgan, Carratt & O'Connor, P.A., Fort Lauderdale, for appellant.

Donald G. Criscuolo of Donald G. Criscuolo, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***